# United States District Court
## Southern District of Georgia

GARRIS VARNER, Individually and for Others Similarly Situated,

Plaintiff,

v.

HIRE TECHNOLOGIES, INC.,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-145

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that after the review of the accepted offer of judgment along with an examination of the allegations contained in the Complaint and responses to the allegations in the Answer, it appears that (1) the parties are engaged in a bona fide dispute as to the FSLA coverage and amount of unpaid wages and (2) the settlement is fair and reasonable; therefore, pursuant to the Order dated February 11, 2020, Judgment is hereby ENTERED against Defendant and in favor of Plaintiff in the amount of $45,235.10.



02/11/2020
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*