FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 APR -6 AM 11:40
CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GARRIS VARNER, Individually and *
for Others Similarly Situated, *
\*
Plaintiff, *
\*
v. * CV 119-145
\*
HIRE TECHNOLOGIES, INC., *
\*
Defendant. *

---

**O R D E R**

---

On December 11, 2019, Defendant served a $45,235.10 offer of judgment upon Plaintiff pursuant to Federal Rule of Civil Procedure 68. (Offer of J., Doc. 12-1.) Plaintiff accepted the offer and filed the Notice of Acceptance on December 20, 2019. (Notice of Acceptance, Doc. 12.) On February 11, 2020, the Court found that Rule 68 had been satisfied and the settlement was fair and reasonable. (Order, Doc. 14, at 1, 4.) The Clerk then entered judgment "against Defendant and in favor of Plaintiff in the amount of $45,235.10." (J., Doc. 15.) The case remained open, however, because the Parties reserved the issues of attorneys' fees and costs. (See Order, at 4.)

"Plaintiff and Defendant subsequently reached an agreement upon the amount of attorney[s'] fees and costs Defendant would pay Plaintiff." (Consent Notice of Satisfaction of J., Doc. 16, at

2.)  On April 1, 2020, Defendant's counsel, with the signed consent of Plaintiff's counsel, informed the Court that "Defendant has paid Plaintiff in accordance with the Judgment entered by the Court and has also paid the agreed upon attorney[s'] fees and costs." (Id.)  Consequently, counsel for each Party acknowledges that "the Judgment has been satisfied in full."  (Id.)  Because there are no pending matters, the Court **ORDERS** that this case is **DISMISSED** and **DIRECTS** the Clerk to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of April, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA